

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00127-CV

**IN RE** John Edward **CORTES** and Safeway Supply, Inc.

Original Proceeding[1]

PER CURIAM

Sitting:        Rebeca C. Martinez, Chief Justice
Lori I. Valenzuela, Justice
H. Todd McCray, Justice

Delivered and Filed: March 4, 2026

PETITION FOR WRIT OF MANDAMUS DENIED

Relators filed their petition for writ of mandamus on February 18, 2026. Having reviewed the petition and accompanying record, this court has determined that relators have not established that they are entitled to the relief sought. The petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2024CI10142, styled *Mary Fields v. John Edwards Cortes and Safeway Supply, Inc.*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.